RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 1 5 2026

DANIEL J. McCOY, CLERK

BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA

v.

CHRISTIE ELIZABETH DUNBAR OSTER,

Defendant

18 U.S.C. § 2422(b)

6:26-CR-00158-01
Judge Summerhays
Magistrate Judge Ayo

/

## INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
### Enticement of a Minor to Engage in Sexual Activity
[18 U.S.C. § 2422(b)]

From on or about April 2, 2024, and continuing through at least on or about July 23, 2024, in the Western District of Louisiana, and elsewhere, the defendant,

**CHRISTIE ELIZABETH DUNBAR OSTER,**

using a facility of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce a minor, that is, the MINOR VICTIM, to engage in sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE NOTICE

A.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendant, **CHRISTIE ELIZABETH DUNBAR OSTER**, has an interest.

1

B.      Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428, and Title 28, United States Code, Section 2461.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

**REDACTED**

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

2