# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00158-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES OF COURT:
### Initial Appearance \ Arraignment

| | | | |
|---|---|---|---|
| Date: | April 21, 2026 | Presiding: | Magistrate Judge David J. Ayo |
| Court Opened: | 2:55 PM | Courtroom Deputy: | Christina Chicola |
| Court Adjourned: | 3:00 PM | Court Reporter: | LCR |
| Statistical Time: | 00:05 | Courtroom: | CR7 |
| | | Probation Officer: | Justin Opdenhoff |

## APPEARANCES

| | | |
|---|---|---|
| Zachary A Keller (AUSA) | For | United States of America |
| Kevin Stockstill (RET) | For | Christie Elizabeth Dunbar Oster (01) Defendant |
| Christie Elizabeth Dunbar Oster (01) Defendant | | |

## PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Provided with Charging Document(s)

**INITIAL APPEARANCE ON:** Indictment
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Detention Hearing Requested By: Defendant
Detention Hearing: Set for: 4/23/2026 at

**ORDER:**
Pursuant to FRCrP 5(F), the government was ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and advised of possible consequences for failure to comply.

**ARRAIGNMENT ON: Indictment**
Waiver of formal reading of indictment
Plea Entered: Not Guilty To Count(s) 1
Arraignment Held

**ORDER:**
The government's oral Motion to Unseal the indictment is GRANTED.

**CUSTODY STATUS:**

Order Scheduling Detention Hearing signed

Defendant is ordered detained pending a detention hearing set for 4/23/2026 at 1:30 PM before Magistrate Judge David J. Ayo.

**NEXT:**

A telephone scheduling conference is set for 4/24/2026 at 9:30 a.m. before Magistrate Judge Ayo. Counsel shall call-in using Magistrate Judge Ayo's teleconference line, provided by the Courtroom Deputy.

**FILINGS:**
Due Process Protections Act Order
Order Scheduling a Detention Hearing (AO470)