**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**UNITED STATES OF AMERICA**                    **6:26-CR-00158-01**

**V.**                                           **JUDGE SUMMERHAYS**

**CHRISTIE ELIZABETH DUNBAR OSTER,**            **MAGISTRATE JUDGE AYO**

  **Defendant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CHRISTIE ELIZABETH DUNBAR OSTER**, defendant herein, hereby requests that the

United States disclosed all matters listed in Paragraph (II)(a)(1) of the Criminal Pretrial Discovery

Order, including subparagraphs (A) through (I).

04/29/2026_____                               /s/ J. Kevin Stockstill____
      Date                                       Counsel for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

   I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed

electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent

to all counsel of record by operation of the court's electronic filing system.

   Lafayette, Louisiana this 29<u>th</u> day of <u>April</u>, 2026.

           /s/ J. Kevin Stockstill