**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:26-CR-00158-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## ORDER

Based on the discussion held during a Telephone Status Conference on June 3, 2026, it is hereby

ORDERED that the October 13, 2026 jury trial and September 23, 2026 pretrial conference are CONTINUED without date and will be reset at the appropriate time.

**SIGNED** at Lafayette, Louisiana on this 3rd day of June, 2026.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**