**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:26-CR-00158-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER** | **MAGISTRATE JUDGE AYO** |

---

# ORDER

Considering the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Continue and Reset Pretrial Deadlines be granted.

IT IS FURTHER ORDERED that all Pretrial deadlines be extended beyond the Telephone Status Conference set on September 24th, 2026.

________________________________________

HONORABLE UNITED STATE'S DISRICT COURT JUDGE