**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00158-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## O R D E R

Considering the MOTION TO CONTINUE AND RESET PRETRIAL DEADLINES[1] [Doc. 42] filed by Defendant, Christine Elizabeth Dunbar Oster (01) in the above-captioned criminal matter, it is hereby

ORDERED that Defendant's motion is GRANTED, noting the prior ends of justice finding entered in this matter.[2] Accordingly, it is further

ORDERED that the trial of this matter, previously set for October 13, 2026 and the pretrial conference, previously set for September 23, 2026 at 10:00 a.m. are CONTINUED without date. It is further

ORDERED that the Scheduling Order previously entered in this matter is VACATED. It is finally

ORDERED that a telephone scheduling conference is now set before the undersigned on THURSDAY, SEPTEMBER 24, 2026 at 10:00 a.m. Counsel will receive dial-in instructions via separate correspondence.

SO ORDERED this 21st day of September, 2026 at Lafayette, Louisiana.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

---

1 The undersigned notes that, while styled as a Motion to Continue and Reset Pretrial Deadlines, the instant motion seeks continuance of not only the pretrial deadlines, but also the trial date in this matter. [Doc. 42].

2 Doc. 17.