**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00158-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## MINUTES

A telephone status conference was held on Thursday, September 24, 2026, starting at 10:00 a.m. and ending at 10:10 a.m.[1] Participating in the conference, along with the undersigned, was Kevin Stockstill on behalf of Defendant Christie Elizabeth Dunbar Oster (01), and Holly Pailet on behalf of the government.

After brief discussion, pretrial conference and trial dates were selected. A separate order will issue setting these dates in the record of the case.

Signed at Lafayette, Louisiana on this 24th day of September, 2026.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Statistical Time: 10 min.