UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00158-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

For the reasons discussed during the telephone scheduling conference held this day, it is hereby

ORDERED that the jury trial of this matter is now SET for MONDAY, JANUARY 11, 2027 at 9:15 a.m. before United States District Judge Robert R. Summerhays in Courtroom 3 of the United States District Court in Lafayette, Louisiana.[1] It is further

ORDERED that a pretrial conference is now SET before the undersigned Magistrate Judge by phone on FRIDAY, DECEMBER 18, 2026 at 10:00 a.m. Counsel will receive dial-in information via separate correspondence. It is further

ORDERED that the Clerk of Court issue a new Scheduling Order in this case.

**SO ORDERED** at Lafayette, Louisiana on this 24th day of September, 2026.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

[1] The undersigned notes the prior ends of justice finding entered in this case. [*See*, Doc. 19].