**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00158-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHRISTIE ELIZABETH DUNBAR OSTER (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES**

A telephone status conference was held on Wednesday, October 20, 2026, starting at 11:00 a.m. and ending at 11:05 a.m.[1] Participating in the conference, along with the undersigned, was Kevin Stockstill on behalf of the Defendant, as well as Holly Pailet on behalf of the government.

The undersigned discussed the enrollment of Mr. Stockstill's co-counsel, Richard Lester Houghton, III. Mr. Stockstill advised that he will soon file a motion to withdraw Mr. Houghton from this matter. After brief discussion, counsel agreed that the January 11, 2027 trial date and December 18, 2026 pretrial conference dates previously set remain appropriate in this matter. Therefore, the Court's Scheduling Order [Doc. 47] remains in effect as issued.

Signed at Lafayette, Louisiana on this 21st day of October, 2026.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**

1 Statistical Time: 5 min.