**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 6:26-CR-00158-01** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **CHRISTIA ELIZABETH DUNBAR OSTER** | **MAGISTRATE JUDGE AYO** |

---

## UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, comes the Defendant, CHRISTIE OSTER, who files this Unopposed Motion respectfully requesting that this Honorable Court order that the Trial, Pretrial and all accompanying deadlines be reset. In support thereof undersigned counsel respectfully shows:

1.

The above captioned matter is currently set for Trial on January 11th at 9:00 a.m. and Pre-trial on December 18th at 10:00 a.m. There are a number of Pretrial deadlines that are associated with the Trial and Pretrial date.

2.

Counsel for the Defendant and counsel for the Government are presently engaged in ongoing plea negotiations and a continuance would allow the parties sufficient time to conclude those negotiations and, if appropriate, to present an agreement to the Court prior to sentencing.

3.

Additionally, both Counsel for the Defendant and Counsel for the Government plan on filing Motions, some of which will require evidentiary hearing, and respectfully request additional time to draft and file said Motions. Undersigned Counsel submits that despite the

exercise of due diligence undersigned counsel needs additional time for effective preparation of defense motions.

4.

Undersigned counsel respectfully suggests that the ends of justice will be served by granting the continuance and its granting outweighs the best interest of the public and the defendant in a speedy trial.

5.

WHEREFORE, undersigned counsel pray that this Honorable Court grant this Unopposed Motion to Continue Trial and Reset Pretrial Deadlines.

Respectfully Submitted:
STOCKSTILL DEFENSE FIRM

_______/s/ *J. Kevin Stockstill*_________
J. KEVIN STOCKSTILL (23951)
2000 W. Congress Street
Lafayette, La. 70506
Telephone: (337) 262-0203
***Attorneys for Christie Oster***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system on this 2nd day of November 2026.

_________/s/___ *J. Kevin Stockstill*________
J. KEVIN STOCKSTILL, ESQ.